IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION.

RECEIVED 2007 NOV 13 A 10: 02 DEBRA P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA

NATHAN HAROLD JENKINS
(PLAINTIFF,)

V.

UNITED STATES OF AMERICA
U.S. ATTORNEY TODD BROWN
U.S. ATTORNEYS
D.E.A. — (DEFENDANTS)

2:07cv1002 - WKW

## WRIT OF HABEAS CORPUS

Plaintiff, an inmate proceeding pro se, files this Habeas Corpus complaint.

Around 2001-2002 Plaintiff gave substantial assistance to defendants in two separate cases for which he was promised a one-level sentence reduction per case with regard to criminal charges pending against him. Plaintiff complains, however, that he recieved only a one-level sentence reduction during his criminal sentencing proceedings despite the assistance he provided in each of the two cases. Consequently, Plaintiff files this Writ of Habeas Corpus action requesting that the additional

one-level downward departure that he was promised but did not recieve be applied to his federal sentence.

Plaintiff requests that the additional one level downward departure he was promised be applied to his federal sentence.

I Nathan H. Jenkins swear that the above is true and correct to the best of my knowledge.

*Nathan Jenkins* 11-7-07

Thank you for your time and consideration!

NATHAN JENKINS POD 6
AUTAUGA METRO JAIL
136 N. COURT STREET
PRATTVILLE, AL. 36067

MONTGOMERY AL 361
09 NOV 2007 PM 3 T

OFFICE OF T/ CLERK
U.S. DISTRICT COURT
POB 711
MONTGOMERY, AL. 36101-0711

INMATE MAIL
AUTAUGA METRO JAIL