To Clerk of Court                                                                     12-28-07

I filed a Habeas Corpus back in Nov. 07. I've moved to numerous jails and I'm now at USP Coleman. I have never received t/ decision on this motion. Would you please send me t/ decision on this motion? Thank You!

*[signature]*

Nathan H. Jenkins 10914 002
USP-1 Coleman
POB 1033
Coleman FL. 33521-1033

2008 JAN -7 P 12:52
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:7cv1002
~~2:700983~~

NATHAN JENKINS 10914-002
USP-1 COLEMAN
POB 1033
COLEMAN, FL. 33521

TAMPA FL 336
02 JAN 2008 PM 9 L



FEDERAL COURT HOUSE
OFFICE of T/ CLERK
ONE COURT ST.
MONTGOMERY, AL. 36101

36104/3544