1-13-08

TO THE HONORABLE CHARLES S. COODY,

CASE: 2:07-CV-01002-WKW-CSC

2008 JAN 16 A 9:23
[stamp] U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN RESPONSE TO T/ COURTS LAST LETTER AND TO THANK YOU FOR HELPING ME IN THIS MATTER. I WOULD LIKE TO PROCEED BEFORE T/ COURT UNDER 28 USC 2255 ON MY CLAIMS PRESENTED ON MOTION (DOC. NO. 1) FILED ON NOV. 7, 2007 WITH AN AMMENDMENT ATTACHED.

THANK YOU AGAIN FOR YOUR HELP, TIME AND CONSIDERATION IN THIS MATTER.

*Nathan Jenkins*
NATHAN H. JENKINS

1-13-08

CASE: 2:07-CV-01002-WKW-CSC.
NATHAN H. JENKINS vs UNITED STATES of AMERICA.

I WOULD LIKE TO ADD TO THE MOTION (DOC. 1) FILED NOV 7 2007.

THE PROBATION DEPT. HAS A RECORD OF AND HAS NOTED IN COURT AT REVOCATION HEARINGS THAT I HAD TWO DOWNWARD DEPARTURES IN 2001 BANK ROBBERY FOR ASSISTANCE.

AS I STATED IN MY LAST MOTION, I HAVE <u>ONLY</u> RECEIVED A ONE LEVEL DOWNWARD DEPARTURE NOT TWO AS PROMISED. MY COURT RECORDS SHOULD NOTE THIS.

NATHAN H JENKINS

*/s/ Nathan Jenkins*

NATHAN JENKINS 10914-022 H
COLEMAN USP-1
POB 1033
COLEMAN FL 33521-1033

TAMPA FL 336
14 JAN 2008 PM 1 T



OFFICE of T/ CLERK
U.S. DISTRICT COURT
POB 711
MONTGOMERY, AL. 36101-0711

36101+0711