IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

NATHAN HAROLD JENKINS,        )
                              )
    Petitioner,               )
                              )           CIVIL ACTION NO.
    v.                        )            2:07cv1002-MHT
                              )
UNITED STATES OF AMERICA,     )
et al.,                       )
                              )
    Respondents.              )

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied as moot. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation, to which no objection have been filed, should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 7th day of March, 2008.**

                                  <u>/s/ Myron H. Thompson</u>
                                  **UNITED STATES DISTRICT JUDGE**